UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JASON SCHERER** | * | **C.A. NO.: 2:22-cv-01149** |
| | * | |
| **VERSUS** | * | **JUDGE BARRY ASHE** |
| | * | |
| **QBE SPECIALTY INSURANCE COMPANY** | * | **MAGISTRATE CURRAULT** |
| | * | |

*******************************************

## <u>MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND</u>

**MAY IT PLEASE THE COURT:**

Plaintiff, **JASON SCHERER**, originally filed his Petition for Damages in Civil District Court, Parish of Orleans, State of Louisiana, styled as *Jason Scherer v. QBE Specialty Insurance Company* and bearing Docket No. 2022-02028, Division C, Section 10.[1] Subsequently, defendant, **QBE SPECIALTY INSURANCE COMPANY**, as stated in paragraph 10 of its Notice of Removal, received service of plaintiff's petition via the Secretary of State on March 25, 2022.[2] On April 27, 2022, defendant filed its Notice of Removal on the basis of complete diversity of citizenship and the amount in controversy exceeding $75,000 as outlined in plaintiff's petition.[3] Pursuant to 28 U.S.C. § 1446(b), a notice of removal must be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief. In the instant matter, **QBE SPECIALTY INSURANCE COMPANY** filed its Notice

---

[1] *See* Plaintiff's Petition attached as Exhibit A to defendant's Notice of Removal.
[2] *See also* the service confirmation sheet attached as Exhibit A, page 9 to defendant's Notice of Removal.
[3] *See* defendant's Notice of Removal at paragraphs 5 and 8. *See also* Plaintiff's Petition attached as Exhibit A to defendant's Notice of Removal.

of Removal 33 days after service of the plaintiff's petition. Accordingly, the Notice of Removal is untimely, and the case should be remanded back to the Civil District Court, Parish of Orleans, State of Louisiana.

Respectfully submitted:

**IRPINO AVIN & HAWKINS LAW FIRM**

*/s/ Bobby G. Hawkins*
**ANTHONY D. IRPINO (#24727)**
**BOBBY G. HAWKINS (#30546)**
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com
bhawkins@irpinolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2022 a copy of the foregoing Plaintiff's Motion to Remand was filed electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system. Notice of this filing will be sent to defendant by operation of the court's electronic filing system.

*/s/ Bobby G. Hawkins*
**BOBBY G. HAWKINS**